No. 96–1266. ANTONIO PEREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–1285. DENMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1292. THANH HAI VOMINH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–1298. SMALLWOOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1302. MAIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–1306. EMERY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–1311. SEVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6318. RUCCI v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–6561. HARVEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 96–6616. BEASLEY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–6653. OBOH v. UNITED STATES; and
No. 96–6658. BOWEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 92 F. 3d 1082.

No. 96–6714. BERMUDEZ-REYES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6758. MORDAN v. UNITED STATES; and
No. 96–6921. TAUIL-HERNANDEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 88 F. 3d 576.

No. 96–6759. FLETCHER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6780. GOINS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.